665 A.2d 812

The COMMISSIONERS OF WAYNE COUNTY, Appellee,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, Appellant.

Supreme Court of Pennsylvania.

Sept. 25, 1995.

Reconsideration Denied Dec. 26, 1995.

## ORDER

PER CURIAM.

AND NOW, this 25th day of September, 1995, the Order of the Commonwealth Court is hereby affirmed.

MONTEMURO, J., is sitting by designation.